**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deidre Ruth Carter-Jones          CHAPTER 13
                 Debtor(s)

BKY. NO. 24-11307 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates and index same on the master mailing list.

                                                Respectfully submitted,

                                             /s/ *Michael Farrington*
                                             Michael Farrington
                                             24 Apr 2024, 11:26:43, EDT

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322

Document ID: 7c023789825152c79de73fb7b84f788b766b555529d9d6556e503db34d72bd3d