**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| Deidre Ruth Carter-Jones, | Chapter 13 |
|---|---|
| | Case No. 24-11307-amc |
| *Debtor.* | Related to ECF No. 8 |

# ORDER

And now, after consideration of the Debtor's Amended Motion to Extend the Automatic Stay (ECF No. 8), and a hearing on the motion having been held on May 14, 2024, it is hereby **ORDERED** that:

1. The automatic stay will remain in place with regard to all creditors, *see* 11 U.S.C. §362(c)(3), until **June 18, 2024**.

2. The hearing on the Motion is continued to **June 18, 2024** at 11:00 a.m.

Date:

Ashely M. Chan
U.S. Bankruptcy Judge