**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Deidre R. Jones,<br><br>　　　　Debtor. | Case No. 24-11307<br><br>Chapter 13 |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Amended Motion to Impose the Automatic Stay under 11 U.S.C. §362(c)(3)(B) (doc. #8, the "Motion") and after notice and hearing, and there being no opposition to the Motion; it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: June 20, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge