United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Deidre Ruth Carter-Jones
Debtor

Case No. 24-11307-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Jun 20, 2024 Form ID: pdf900 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Deidre Ruth Carter-Jones, 14 Huntingdon Ct, Uppr Chichstr, PA 19061-2520 |
| 14875469 | + | Chichester School District, 401 Cherry Tree Rd, Uppr Chichstr, PA 19014-2499 |
| 14878242 | + | Wells Fargo Bank, N.A., c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14875463 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 21 2024 07:40:42 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14875464 | + | Email/Text: bankruptcy@acacceptance.com | Jun 21 2024 07:28:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14875465 | + | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 07:51:13 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14875466 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 07:40:33 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14875470 | | Email/Text: cfcbackoffice@contfinco.com | Jun 21 2024 07:28:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14875468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 07:40:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14875471 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 07:40:18 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14875473 | | Email/Text: mrdiscen@discover.com | Jun 21 2024 07:27:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14875472 | + | Email/Text: duffyk@co.delaware.pa.us | Jun 21 2024 07:28:17 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14875474 | | Email/Text: BNSFN@capitalsvcs.com | Jun 21 2024 07:27:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14875476 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 21 2024 07:27:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14875475 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 21 2024 07:40:20 | First PREMIER Bank, Attn: Bankruptcy 601 S |

| | | | | |
|---|---|---|---|---|
| | | | | Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14875477 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 21 2024 07:27:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14875479 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2024 07:28:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14875478 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2024 07:28:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14875480 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 07:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14875481 | + | Email/Text: bankruptcy@kikoff.com | Jun 21 2024 07:27:00 | Kikoff Lending Llc, Attn: Bankruptcy 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14875482 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 21 2024 07:28:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14875483 | | Email/Text: fesbank@attorneygeneral.gov | Jun 21 2024 07:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14875484 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14875485 | ^ | MEBN | Jun 21 2024 07:19:20 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14875486 | | Email/Text: bankruptcy@self.inc | Jun 21 2024 07:28:00 | Self INC/Lead Bank Community Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108 |
| 14875467 | | Email/Text: bankruptcy@self.inc | Jun 21 2024 07:28:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14875487 | + | Email/Text: bankruptcy@self.inc | Jun 21 2024 07:28:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108-2352 |
| 14875488 | ^ | MEBN | Jun 21 2024 07:19:22 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14875489 | | Email/Text: famc-bk@1stassociates.com | Jun 21 2024 07:28:00 | Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 14875490 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 21 2024 07:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14875491 | ^ | MEBN | Jun 21 2024 07:19:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Deidre Ruth Carter-Jones help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Deidre R. Jones,<br><br>Debtor. | Case No. 24-11307<br><br>Chapter 13 |

# ORDER

**AND NOW**, upon consideration of the Debtor's Amended Motion to Impose the Automatic Stay under 11 U.S.C. §362(c)(3)(B) (doc. #8, the "Motion") and after notice and hearing, and there being no opposition to the Motion; it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: June 20, 2024

Ashely M. Chan
U.S. Bankruptcy Judge