## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Deidre Ruth Carter-Jones,

*Debtor*.

Case No. 24-11307-AMC
Chapter 13

### Motion to Withdraw as Attorney for Debtor

Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court as follows:

1. The Movant is and has been Debtor Deidre Ruth Carter-Jones's attorney since this case was filed under chapter 13 on March 17, 2024.

2. Grounds to withdraw as the Debtor's attorney exist under Pa. R. Prof'l. Cond. 1.2(d), 1.16(b)(2), and 3.3, but stating particular facts in support of this motion may be inconsistent with Pa. R. Prof'l. Cond. 1.6.

3. The Movant wishes to withdraw as the Debtor's attorney.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor if necessary and proper under the law.


Date: August 15, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com