## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| | : | |
| DEIDRE RUTH CARTER-JONES | : | |
| Debtor(s) | : | Bankruptcy No. 24-11307 AMC |

### NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

Kenneth E. West, standing trustee has filed a Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 with the Court on the above-captioned Chapter 13 bankruptcy case for the reason(s) listed on the enclosed Motion.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before 09/10/2024 you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on 09/24/2024, at 11:00 AM and will be held telephonically, unless the court orders that the hearing on this contested matter and will be an evidentiary hearing. The call-in information is as follows:

    **1-877-873-8017**
    **Access code 3027681**

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### **Filing Instructions**

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at Robert N.C. Nix, Sr. Federal Building and Courthouse 900 Market St. Suite 400 Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>Kenneth E. West, Esq.
>Standing Chapter 13 Trustee
>P.O. Box 40837
>Philadelphia, PA 19107
>Telephone: (215) 627-1377

Date: 08/14/2024