To the trustee handling bankruptcy case no 24-11307-AMC,

My name is Deidre Jones I filed bankruptcy on 03/17/24 With Micheal Cibik Law I paid him 4000.00 to represent me everything was done over the phone email and text at the time of filing I explained everything in detail to Mr Cibik in reference to my domestic violence situation with my ex husband I also explained to him that I had filed bankruptcy in the past I also explained to him that I did not live in the home until this year once my ex husband was removed from the home. I then moved back into the home without any knowledge that the home was in foreclosure. Every document was given to the attorney that was required including my ssn I never gave the attorney any false info. The Attorney never supplied info to were the monies should be sent for the bankruptcy and I have dealt with many of his associates no one once told me I wasnt allowed to file bankruptcy to save my home. I knew nothing I sent everything in to him and then I end up with no attorney to continue to represent me I have the funds to pay my bankruptcy Please reconsider my bankruptcy situation and dismisal and grant permission to allow this bankruptcy to go to the end I promise to make all payments on time.

Thank You for Consideration

Deidre Jones

SEP 9 2024

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deidre Ruth Carter-Jones,<br><br>*Debtor.* | Case No. 24-11307-AMC<br>Chapter 13 |

## Motion to Withdraw as Attorney for Debtor

Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court as follows:

1. The Movant is and has been Debtor Deidre Ruth Carter-Jones's attorney since this case was filed under chapter 13 on March 17, 2024.

2. Grounds to withdraw as the Debtor's attorney exist under Pa. R. Prof'l. Cond. 1.2(d), 1.16(b)(2), and 3.3, but stating particular facts in support of this motion may be inconsistent with Pa. R. Prof'l. Cond. 1.6.

3. The Movant wishes to withdraw as the Debtor's attorney.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor if necessary and proper under the law.

Date: August 15, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deidre Ruth Carter-Jones, | Case No. 24-11307-AMC |
| *Debtor.* | Chapter 13 |

### Notice of Motion to Withdraw as Attorney for Debtor, Response Deadline, and Hearing Date

A Motion to Withdraw as Attorney for Debtor has been filed with the court in the above matter by Cibik Law, P.C.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response on or before August 29, 2024.

**An evidentiary hearing on the motion is scheduled to be held on September 24, 2024, at 11:00 a.m.** before Chief U.S. Bankruptcy Judge Ashely M. Chan by telephone (877-873-8017 with access code 3027681).

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov**. 

Date: August 15, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

*Movant*