# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deidre Ruth Carter-Jones,<br><br>*Debtor*. | Case No. 24-11307-AMC<br>Chapter 13 |

### Order Granting Motion to Withdraw as Attorney for Debtor

After consideration of the Motion to Withdraw as Attorney for Debtor filed by Cibik Law, P.C., with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The appearance of Cibik Law, P.C. as attorney for the Debtor is **WITHDRAWN**.

Date: Sept. 25, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge