**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Deidre Ruth Carter-Jones | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-11307 AMC |

**ORDER**

**AND NOW,** this 25th day of Sept. 2024, at Philadelphia, it appearing that on April 14, 2010, an order was entered in the matter of <u>In Re: Deidre Ruth Jones</u>, Bankruptcy No 09-18496, directing that the debtor(s) may not file a bankruptcy petition under the provisions set forth in the Order dated April 14, 2010, either individually or jointly with a spouse, without prior leave of the Court and upon consideration of the Chapter 13 standing trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after notice and hearing, it is

**ORDERED,** that the instant case is dismissed with prejudice.

By The Court:

_____
CHIEF JUDGE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE