United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11307-amc

Deidre Ruth Carter-Jones  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Sep 25, 2024  Form ID: pdf900  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Deidre Ruth Carter-Jones, 14 Huntingdon Ct, Uppr Chichstr, PA 19061-2520 |
| aty | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14875469 | + | Chichester School District, 401 Cherry Tree Rd, Uppr Chichstr, PA 19014-2499 |
| 14878242 | + | Wells Fargo Bank, N.A., c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2024 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14875463 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 26 2024 00:29:17 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14875464 | + | Email/Text: bankruptcy@acacceptance.com | Sep 26 2024 00:14:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14875465 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2024 00:29:17 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 14875466 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2024 00:29:13 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14875470 | | Email/Text: cfcbackoffice@contfinco.com | Sep 26 2024 00:14:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2952 |
| 14875468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 00:29:47 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14875471 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2024 00:29:12 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14875473 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 00:14:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14875472 | + | Email/Text: duffyk@co.delaware.pa.us | Sep 26 2024 00:15:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14875474 | | Email/Text: BNSFN@capitalsvcs.com | Sep 26 2024 00:14:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14875476 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 26 2024 00:14:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14875475 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 24-11307-amc    Doc 52    Filed 09/27/24    Entered 09/28/24 00:36:13    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: pdf900 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | Sep 26 2024 00:29:11 | First PREMIER Bank, Attn: Bankruptcy 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14875477 | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 26 2024 00:14:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14875479 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 26 2024 00:15:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14875478 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 26 2024 00:15:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14875480 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2024 00:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14875481 | + Email/Text: bankruptcy@kikoff.com | Sep 26 2024 00:14:00 | Kikoff Lending Llc, Attn: Bankruptcy 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14875482 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 26 2024 00:15:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14875483 | Email/Text: fesbank@attorneygeneral.gov | Sep 26 2024 00:14:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14875484 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14875485 | ^ MEBN | Sep 25 2024 23:57:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14875486 | + Email/Text: bankruptcy@self.inc | Sep 26 2024 00:14:00 | Self INC/Lead Bank Community Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108 |
| 14875467 | + Email/Text: bankruptcy@self.inc | Sep 26 2024 00:14:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14875487 | + Email/Text: bankruptcy@self.inc | Sep 26 2024 00:14:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108-2352 |
| 14875488 | ^ MEBN | Sep 25 2024 23:57:43 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14875489 | Email/Text: famc-bk@1stassociates.com | Sep 26 2024 00:15:00 | Total Visa, Attn: Bankruptcy, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 14875490 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 26 2024 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14875491 | ^ MEBN | Sep 25 2024 23:57:34 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14901251 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2024 00:15:00 | Wells Fargo Bank, N. A. at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 25, 2024 | Form ID: pdf900 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Deidre Ruth Carter-Jones help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Attorney Cibik Law  P.C. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Deidre Ruth Carter-Jones | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-11307 AMC |

**ORDER**

**AND NOW,** this 25th day of Sept. 2024, at Philadelphia, it appearing that on April 14, 2010, an order was entered in the matter of <u>In Re: Deidre Ruth Jones</u>, Bankruptcy No 09-18496, directing that the debtor(s) may not file a bankruptcy petition under the provisions set forth in the Order dated April 14, 2010, either individually or jointly with a spouse, without prior leave of the Court and upon consideration of the Chapter 13 standing trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 and any answer filed thereto, and after notice and hearing, it is

**ORDERED,** that the instant case is dismissed with prejudice.

By The Court:

_____
CHIEF JUDGE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE